RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Fesi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>PARIS FESI, NICOLE JOHNSON, and JOSEPH FESI,<br>Defendants. | CASE NO: **2:26-cr-00012-APG-NJK**<br><br>**STIPULATION TO CONTINUE MOTION DEADLINE**<br><br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED by Joseph Fesi, by and through his attorney, Rachael E. Stewart, Esq., Paris Fesi, by and through his attorney, Joanne L. Diamond, Esq., Nicole Johnson, by and through her attorney, Russell Marsh, Esq., and the United States of America, by and through Courtney Strange, Esq., Assistant United States Attorney, that the motion deadline currently scheduled for August 21, 2026, be continued for a period of forty-five (45) days.

The request for a continuance is based upon the following:

1. The parties are still working on the case and require additional time to determine whether to file any pretrial motions.

2. The Government has no objection to the continuance.

3. Mr. Joseph Fesi is not in custody, and he agrees to the continuance.

4. Mr. Paris Fesi is in custody, and he agrees to the continuance.

5. Ms. Nicole Johnson is not in custody, and she agrees to the continuance.

6. The requested continuance will not affect the current trial date.

7. The additional time requested is not for the purpose of delay.

8. This is the second stipulation to continue the motion deadline.

DATED: August 21, 2026

Respectfully submitted,

*/s/ Rachael E. Stewart*
Rachael E. Stewart, Esq.
*Counsel for Joseph Fesi*

*/s/ Courtney Strange*
Courtney Strange
*Counsel for the United States of America*

*/s/ Joanne L. Diamond*
Joanne L. Diamond, Esq.
*Counsel for Paris Fesi*

*/s/ Russell Marsh*
Russell Marsh, Esq.
*Counsel for Nicole Johnson*

**ORDER**

IT IS HEREBY ORDERED, based upon the filing by the parties and the record in this case and good cause appearing therefor, that the motion deadline be continued to **October 5, 2026.**

IT IS SO ORDERED.

DATED this 24th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE